**Order entered May 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00316-CR

### MARK THOMAS, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 196th District Court
### Hunt County, Texas
### Trial Court Cause No. 27514

## ORDER

The Court **GRANTS** appellant's May 22, 2013 motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY DAYS** from the date of this order.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE